UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PAUL ROQUE | § | |
| MARY ROQUE | § | CASE NO. 16-10958 |
| DEBTORS | § | CHAPTER 7 |

### MOTION TO EXCUSE DEBTOR FROM 341 MEETING

**This pleading requests relief that may be adverse to your interest.**

**If not timely response is filed within twenty one (21) days from the date of service, the relief requested in the motion will be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY DAVIS:

Come now PAUL and MARY ROQUE, Debtors in the above styled bankruptcy and ask the Court to excuse MARY ROQUE from the 341 meeting that was held on September 15, 2016 at 10:00 a.m. and in support thereof would show the court the following:

I.

Mrs. Roque is terminally ill will not be able to attend the scheduled 341 creditors meeting on September 15, 2016 at 10:00 a.m.

II.

Mr. Roque will attend the scheduled 341 Creditors meeting on September 15, 2016 at 10:00 a.m. and answer questions propounded by the Trustee and/or creditors. The Chapter 7 trustee does not opposed excusing Mrs. Roque from the 341 creditors meeting.

III.

Mr. Roque will provide proof of identification at the 341 creditors meeting for Mrs. Roque.

WHEREFORE, PAUL and MARY ROQUE ask the honorable Court to enter an order excusing MARY ROQUE from the Creditors Meeting that was scheduled on September 15, 2016 at 10:00 a.m.

Respectfully submitted,

HICKSON LAW, P.C.

/s/ Elizabeth Hickson
Elizabeth J. Hickson, SBN 09586000
4833 Spicewood Springs Rd., #200
Austin, TX 78759
(512) 346-8597
(512) 346-2047 fax
Attorney for Debtors

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9013(g), the above signed certifies that on 8/24/16 a true and correct copy of the foregoing document was mailed by Regular First Class Mail to:

Ron Satija, Trustee
P.O. Box 660208
Austin, TX 78766-7208

Paul and Mary Roque
6203 Waycross Drive
Austin, TX 78745

All creditors listed on the attached creditor matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 16-10958-tmd<br>Western District of Texas<br>Austin<br>Wed Aug 24 11:09:38 CDT 2016 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Allied Interstate Collection Agency<br>PO Box 361445<br>Columbus, OH 43236-1445 |
| Ally Financial<br>Payment Processing Center<br>PO Box 78234<br>Phoenix, AZ 85062-8234 | Austin Radiological Assoc.<br>PO Box 4099<br>Austin, TX 78765-4099 | Cavalry SPV I, LLC<br>500 Summit Lake Drive #400<br>Valhalla, NY 10595-1340 |
| Cavalry SPV I, LLC<br>PO Box 520<br>Valhalla, NY 10595-0520 | Cawley & Bergmann, LLP<br>117 Kindermack Road #201<br>River Edge, NJ 07661-1916 | Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| Chase Bank, USA N.A.<br>P.O. Box 10018<br>Kennesaw, GA 30156-9204 | Credit Management Inc.<br>4200 International Parkway<br>Carrollton, TX 75007-1930 | GC Services<br>PO Box 5220<br>San Antonio, TX 78201-0220 |
| Home Depot - Customer Service<br>P.O. BOX 9101<br>Des Moines, IA 50368-9101 | JCC & Associates<br>PO Box 519<br>Sauk Rapids, MN 56379-0519 | LTD Financial Services<br>7322 Southwest Freeway #1600<br>Houston, TX 77074-2134 |
| Lowe's<br>PO Box 530914<br>Atlanta, GA 30353-0914 | MRS Associates<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003-2016 | Nationwide Credit, Inc.<br>PO Box 26314<br>Lehigh Valley, PA 18002-6314 |
| Northland Group, Inc.<br>PO Box 390846<br>Minneapolis, MN 55439-0846 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Randolph-Brooks F.C.U.<br>PO Box 2097<br>Universal City, TX 78148-2097 |
| Raush, Strum, Israel et al.<br>250 North Sunnyslope Rd. #300<br>Brookfield, WI 53005-4800 | Raush, Sturm, Israel, Enerson, et.al.<br>15660 N. Dallas Pkwy., Suite 350<br>Addison, TX 75248 | Target<br>Bankruptcy Dept.<br>3701 Wayzata Blvd.<br>Minneapolis, MN 55416-3401 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Elizabeth June Hickson<br>4833 Spicewood Springs Rd., #200<br>Austin, TX 78759-8436 | Mary F. Roque<br>6203 Waycross Drive<br>Austin, TX 78745-4161 |
| Paul D. Roque<br>6203 Waycross Drive<br>Austin, TX 78745-4161 | Ron Satija<br>P.O. Box 660208<br>Austin, TX 78766-7208 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PAUL ROQUE | § | |
| MARY ROQUE | § | CASE NO. 16-10958 |
|     DEBTORS | § | CHAPTER 7 |

### ORDER EXCUSING DEBTOR FROM CREDITORS MEETING

On this day came on to be considered PAUL and MARY ROQUE Motion to Excuse Debtor from Creditors Meeting in the above styled and numbered cause. The Court, having considered the Motion finds that it is meritorious and should be granted.

IT IS ORDERED that MARY ROQUE is conditionally excused from the 341 Creditors Meeting that is scheduled on September 15, 2016 at 10:00 a.m.

###

Hickson Law, P.C.
Elizabeth Hickson
4833 Spicewood Springs, Ste 200
Austin, TX 787859
lizhickson@hicksonlawpc.com
512-346-8597 Telephone
512-346-2047 Fax